IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CHRISTOPHER KLINE, | § § | |
| *Plaintiff,* | § § | |
| VS. | § § | CIVIL ACTION NO. 1:23-CV-00232 |
| | § | JUDGE MICHAEL J. TRUNCALE |
| TRANS UNION, LLC and KEESLER FEDERAL CREDIT UNION, | § § § | |
| *Defendants.* | § | |

## ORDER DISMISSING CASE WITH PREJUDICE

The Court previously issued an Order on Closing Documents as to Defendant Trans Union, LLC [Dkt. 8] and an Order on Closing Documents as to Defendant Keesler Federal Credit Union [Dkt. 15] in the above styled matter. Closing documents for each Defendant were due on August 18, 2023 and September 15, 2023, respectively. No closing documents were ever filed. Subsequent thereto on October 26, 2023, the Court issued an Order Regarding Closing Documents [Dkt. 17] giving the Parties additional time until November 3, 2023 to file appropriate closing documents. To date, no closing documents have been received.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 5th day of January, 2024.**

Michael J. Truncale
United States District Judge